IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and<br>TYCO INTERNATIONAL (US) INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MARK H. SWARTZ,<br><br>　　　　Defendant. | Civil Action No. 03-cv-2247 (TPG) |

**LIST OF TRIAL EXHIBITS OF PLAINTIFFS
TYCO INTERNATIONAL LTD. AND TYCO INTERNATIONAL (US) INC.
AND OBJECTIONS OF DEFENDANT MARK H. SWARTZ**

　　　Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. (collectively "Tyco") list herein the exhibits they may offer as part of their case-in-chief (and not solely for impeachment purposes).  Tyco reserves the right to modify or supplement this list, as appropriate, including, without limitation, in response to future rulings by the Court and/or evidence offered or presented by Plaintiff Mark H. Swartz ("Swartz").

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0001 | *The People of the State of New York vs. Swartz* - Jury Verdict Sheet (6/2/05) | | |
| PX0002 | *The People of the State of New York vs. Kozlowski* - Jury Verdict Sheet (6/2/05) | | |
| PX0003 | Official Transcript in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* – Charge (6/2/05) | | |
| PX0004 | Official Transcript in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* – Sentencing (9/19/05) | | Fed. R. Evid. 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the details of sentence, relevant 801 admissions, if any, etc.) |
| PX0005 | Order in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* for Mark H. Swartz to pay $35,000,000 (9/19/05) | | |
| PX0006 | Indictment in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* - Indictment No. 5259/2002 (9/10/02) | | 402, 403 |
| PX0007 | Amended Indictment in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* - Indictment No. 5259/2002 (1/18/05) | | |
| PX0008 | Official Transcript in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz* (5/23/05 - 5/27/05) - Closing Arguments | | 402, 403, 802 |
| PX0009 | Brief for Defendant-Appellant Mark H. Swartz filed in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, in the New York Supreme Court, Appellate Division – First Department (10/2/06) | | 402, 403 |
| PX0010 | Brief for Respondent filed in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, in the New York Supreme Court, Appellate Division – First Department (6/00/07) | | 402, 403, 802 |
| PX0011 | Reply Brief for Defendant-Appellant Mark H. Swartz filed in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, in the New York Supreme Court, Appellate Division – First Department (9/14/07) | | 402, 403 |
| PX0012 | *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, 846 N.Y.S.2d 44 (N.Y. App. Div. 2007) (11/15/07) | | 402, 403, 802 |
| PX0013 | *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, 11 N.Y.3d 223 (Court of Appeals of New York) (10/16/08) | | 402, 403, 802 |
| PX0014 | Brief for Defendant-Appellant Mark H. Swartz filed in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, in the Court of Appeals of the State of New York (4/29/08) | | |
| PX0015 | Reply Brief for Defendant-Appellant Mark H. Swartz filed in *The People of the State of New York vs. L. Dennis Kozlowski and Mark H. Swartz*, in the Court of Appeals of the State of New York (8/8/08) | | |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0016 | Executive Retirement Agreement between Tyco International Ltd. and Mark H. Swartz (3/1/99) | ATYC-07540179 – ATYC-07540184 | |
| PX0017 | First Amendment to Tyco International Ltd. Executive Retirement Agreement with Mark H. Swartz (10/1/99) | ATYC-07540177 – ATYC-07540178 | |
| PX0018 | Retention Agreement between Tyco International Ltd. and Mark H. Swartz (1/22/01) | ATYC-28763833 – ATYC-28763844 | |
| PX0019 | Amendment to Retention Agreement between Tyco International Ltd. and Mark H. Swartz (8/1/01) | ATYC-28763845 | |
| PX0020 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (2/20/02) | Foss, Stephen (20070510) 0012 | |
| PX0021 | Tyco International Ltd. Minutes of the Compensation Committee Meeting (2/21/02) | | |
| PX0022 | Tyco International Ltd. Compensation Committee Charter Adopted by Board of Directors (4/17/02) | Welch, Joseph (20070424) 0001 | |
| PX0023 | Interoffice Memorandum to all Directors from the Corporate Governance and Nominating Committee (attaching minutes summarizing actions taken by the Committee on April 29, 2002) (5/6/02) | Swartz, Mark (20070919) 0014 | |
| PX0024 | Retention Agreement Between Tyco and Boies, Schiller & Flexner LLP (5/17/02) | | |
| PX0025 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (6/3/02) | ATYC-09608396 – ATYC-09608398 | |
| PX0026 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (6/9/02) | ATYC-01307846 – ATYC-01307848 | |
| PX0027 | Tyco International Ltd. Minutes of the Compensation Committee Meeting (6/12/02) | ATYC-07213004 – ATYC-07213009 | Defendant objects to the admission of document in redacted form |
| PX0028 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (6/14/02) | ATYC-01307849 – ATYC-01307851 | |
| PX0029 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (7/17/02) | ATYCG-00007804 – ATYCG-00007805 | |
| PX0030 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (7/23/02) | ATYCG-00007806 – ATYCG-00007811 | |
| PX0031 | Tyco International Ltd. Board of Directors Written Resolution (7/26/02) | CORE01869 – CORE01878 | |
| PX0032 | Mark H. Swartz Handwritten Notes re: Retention Agreement (7/31/02) | TY-SP 0145724 PE5601-A1 | 402, 403 |
| PX0033 | Mark H. Swartz Handwritten Notes re: 1999-2001 Bonus Plan (7/31/02) | TY-SP 0145737 PE5601-A10 | 402, 403 |
| PX0034 | Agreement Between Mark Swartz and Tyco International Ltd. (8/1/02) | ATYC-28763827 – ATYC-28763830 | |
| PX0035 | Mitchell Letter to Verkuil re: Agreement Between Mark H. Swartz and Tyco International Ltd. (8/1/02) | | |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0036 | Verkuil Letter to Mitchell re: Agreement Between Mark H. Swartz and Tyco International Ltd. (8/1/02) | | |
| PX0037 | Financial News – "Tyco Releases Letter to Employees from Newly Appointed Chairman and CEO, Edward D. Breen" (8/1/02) | | |
| PX0038 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (8/6/02) | ATYCG-00007812 – ATYCG-00007814 | |
| PX0039 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (8/14/02) | ATYCG-00007815 – ATYCG-00007817 | |
| PX0040 | Tyco International Ltd. Minutes of the Compensation Committee Meeting (8/14/02) | ATYC-27981681 – ATYC-27981682 | |
| PX0041 | List of Cash Payments to be made to Mark Swartz and other Benefits (8/14/02) | ATYC-28763831 | |
| PX0042 | Form 10-Q for Tyco International Ltd. (8/14/02) | | |
| PX0043 | Agreement to Terminate Shared Ownership Insurance Arrangement with Mark Swartz (8/16/02) | ATYC-14816598 | |
| PX0044 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (9/3/02) | ATYC-16686910 – ATYC-16686911 | |
| PX0045 | Tyco International Ltd. Minutes of a Special Meeting of the Board of Directors (9/12/02) | ATYC-09608562 – ATYC-09608567 | |
| PX0046 | Form 8-K for Tyco International Ltd./BER (9/17/02) | | |
| PX0047 | Tyco International Ltd. Minutes of the Compensation Committee Meeting (9/19/02) | Welch, Joseph (20070424) 0002 | |
| PX0048 | Interoffice Memorandum from Stephen Foss to Donna Sharpless re: Compensation Minutes (12/26/02) | FOSS-MCGEE-00285 | |
| PX0049 | Form 8-K for Tyco International Ltd. (12/30/02) | Foley, Mark (20070911) 0003 | 402, 403, 802 |
| PX0050 | Points to Make About Swartz Agreement | PRUE00019 | |
| PX0051 | Demand for Arbitration *In the matter of an Arbitration between Tyco International Ltd. and Mark H. Swartz* (10/7/02) | | 402, 403, 802 |
| PX0052 | Letter from James A. Mitchell to Ann M. Galvani re:  Demand for Arbitration (11/6/02) | | 402, 403 |
| PX0053 | Letter from American Arbitration Association to Gardner Courson re: your check no. 78877 sent to the American Arbitration Association as filing fee for the *Tyco v. Swartz* dispute (3/21/03) | | 402, 403, 802 |
| PX0054 | Defendant's Memorandum of Law in Support of Motion to Stay and to Compel Arbitration (3/15/04) | | 402, 403 |
| PX0055 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Stay and to Compel Arbitration (4/1/2004) | | 402, 403, 802 |
| PX0056 | Plaintiffs' Surreply Memorandum of Law In Opposition to Defendant's Motion to Stay and to Compel Arbitration (4/20/04) | | 402, 403, 802 |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0057 | Order denying Swartz's Motion to Stay filed in Tyco International, Ltd. Multidistrict Litigation, MDL Docket No. 02-1335-B (5/24/04) | | 402, 403, 802 |
| PX0058 | Brief of Appellant Mark H. Swartz re: Appeal from the United States District Court for the District of New Hampshire (9/21/04) | | 402, 403 |
| PX0059 | Reply Brief of Appellant Mark H. Swartz re: Appeal from the United States District Court for the District of New Hampshire (11/8/04) | | 402, 403 |
| PX0060 | Judgment entered on September 7, 2005 in *in re: Tyco International Ltd. Securities Litigation, Tyco International Ltd. and Tyco International (US) Inc., Plaintiffs-Appellees v. Mark H. Swartz, Defendant-Appellant* affirming the district court's order to dismiss Swartz's motion to stay and motion to compel arbitration (9/7/05) | | 402, 403, 802 |
| PX0061 | *In re: Tyco International Ltd. Securities Litigation,* 422 F.3d 41 (1st Cir. 2005) (9/7/05) | | 402, 403, 802 |
| PX0062 | Swartz 1995 Compensation/Tax/W-2 Information | ATYC-30911199 – ATYC-30911204 | |
| PX0063 | Swartz 1996 Compensation/Tax/W-2 Information | ATYC-30911193 – ATYC-30911198 | |
| PX0064 | Swartz 1997 Compensation/Tax/W-2 Information | ATYC-30911187 – ATYC-30911192 | |
| PX0065 | Swartz 1998 Compensation/Tax/W-2 Information | ATYC-24540864 – ATYC-24540868 | |
| PX0066 | Swartz 1999 Compensation/Tax/W-2 Information | ATYC-24540860 – ATYC-24540863 | |
| PX0067 | Swartz 2000 Compensation/Tax/W-2 Information | ATYC-24540851 – ATYC-24540859 | |
| PX0068 | Swartz 2001 Compensation/Tax/W-2 Information | ATYC-24540840 – ATYC-2454850 | |
| PX0069 | Swartz 2002 Compensation/Tax/W-2 Information | ATYC-24540834 – ATYC-34540839 | |
| PX0070 | Tyco International Ltd. Account Statement Report Indicating Receipt of Restitution Payment from Mark Swartz (10/27/06) | | |
| PX0071 | Stipulation and Order filed in *Morgenthau v. Kozlowski* (11/17/06) | | 402 |
| PX0072 | Summary of Option Exercises - Kozlowski and Schwartz Family Partnerships for 1999-2001 | | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0073 | Charts re: Options Exercised by Kozlowski Family Partnership and Options Exercised by Swartz Family Partnership (Undated) | | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0074 | KMS Family Partnership, L.P., Formation Document (4/30/99) | KMSP-SFF000037-KMSP-SFF000054 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0075 | Certificate of Limited Partnership of KMS Family Partnership, L.P. (4/30/99, 5/5/99) | KMSP-SFF000010-KMSP-SFF000012 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0076 | Agreement for Sale and Assignment of Stock Options Mark H. Swartz – KMS Family Partnership, L.P. (7/19/99) | KMSP-SFF000393-KMSP-SFF000396 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0077 | Agreement for Sale and Assignment of Stock Options Mark H. Swartz – KMS Family Partnership, L.P. (8/1/00) | | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0078 | Agreement for Sale and Assignment of Stock Options Mark H. Swartz – KMS Family Partnership, L.P. (1/30/01) | | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0079 | KMS Family Partnership, L.P. Assignment and Agreement; Purchase Agreement between Mark H. Swartz and KMS Family 1999 Trust (7/19/99) | KMSP-SFF000556-KMSP-SFF000562 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0080 | KMS Family Partnership, L.P. Summary Reports (Undated) | KMSP-SFF000397-KMSP-SFF000400 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0081 | Option Status Prior to Transfer to Partnership (Various Dates) | KMSP-SFF000422-KMSP-SFF000431 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0082 | Option Status After Transfer to the Partnership – vestings as of 7/20/99 | KMSP-SFF000432-KMSP-SFF000436 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0083 | Option Status After Exercise and Reload (Various Dates) | KMSP-SFF000437-KMSP-SFF000448 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0084 | Form 4 – Statement of Changes in Beneficial Ownership (8/9/99) | KMPS-SFF000612-KMSP-SFF000617 | |
| PX0085 | KMS Family Partnership, L.P. Stock Options Transferred (Undated) | KMPS-SFF000484-KMSP-SFF000488 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0086 | Grant Detail Reports – Mark H. Swartz (Various Dates) | KMPS-SFF000494-KMSP-SFF000502 | |
| PX0087 | Grant Detail Reports – KMS Family and Mark Swartz (Various Dates) | KMSP-SFF000491-KMSP-SFF000493 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0088 | Grant Detail Reports – KMS Family and Mark Swartz (Various Dates) | ATYC-TC-00015498-ATYC-TC-00015500 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0089 | Grant Detail Report – Mark Swartz (7/20/99) | KMSP-SFF000575-KMSP-SFF000577 | |
| PX0090 | Grant Summary and Detail Reports, 7/22 & 8/9/99, for Mark Swartz and KMS Family (Undated) | KMSP-SFF000583-KMSP-SFF000589 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0091 | Grant Summary and Grant Detail Reports for Mark Swartz and KMS Family (Various Dates) | KMSP-SFF000664-KMSP-SFF000669 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0092 | KMS Stock Options – Cost (Various Dates) | KMSP-SFF000513-KMSP-SFF000516 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0093 | KMS Stock Options – Exercise & Sale January 2001 (Undated) | KMSP-SFF000517-KMSP-SFF000518 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0094 | Mark Swartz transfer stock options to KMS, with Grant Detail Report (1/22/01) | KMSP-SFF000523-KMSP-SFF000529 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0095 | KMS Family Partnership July 1999 Exercised (Various Dates) | KMSP-SFF000530-KMSP-SFF000535 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0096 | Letter from Mark Swartz to Barry Shapiro re: Tyco International Ltd. Long Term Incentive Plan, Control No. O99-101 (7/22/99) | KMSP-SFF000689-KMSP-SFF000690 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0097 | Fax from Joe Toce and Dan Depaoli to Mark Swartz and Kathy McRae re: Partnership/Trust (7/15/99) | KMSP-SFF000695-KMSP-SFF000699 | 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0098 | KMS Family 1999 Trust Promissory Note for $5,000,000 (7/19/99) | KMSP-SFF00896-KMSP-SFF000897 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0099 | Purchase Agreement between Mark H. Swartz and KMS Family 1999 Trust and Pledge Agreement between Mark H. Swartz and KMS Family 1999 Trust (7/19/99) | KMSP-SFF000898-KMSP-SFF000908 | 402, 403 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0100 | Arthur Andersen Letters from Joseph Toce to Mark Swartz re: KMS Family Partnership L.P. (7/19/99) | | 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0101 | Arthur Andersen Letter from Joseph Floyd to Mark Swartz re: KMS Family Partnership, L.P. (10/15/99) Conditions | KMSP-SFF000249-KMSP-SFF000262 | 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0102 | Arthur Andersen Appraisal Letter from Joseph Floyd and Jeffrey Gray to Mark Swartz re: KMS Family Partnership, L.P. (9/18/00) | KMSP-SFF000866-KMSP-SFF000880 | 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0103 | Arthur Andersen Letter from J. Floyd and Jeffrey Gray to Mark Swartz re: KMS Family Partnership, L.P. (2/12/01) | KMSP-SFF000749-KMSP-SFF000762 | 402, 403, 802 (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0104 | Arthur Andersen Letter from Joseph Toce to Mark Swartz re: Stock Option Transfers (2/16/01) | KMSP-SFF000843-KMSP-SFF000844 | 402, 403, 802  (Defendant is prepared to meet and confer regarding stipulations as to the dates and details of the options awarded by the Board to him, but objects to evidence regarding family partnership transactions as irrelevant and prejudicial.) |
| PX0105 | Defendant Mark Swartz's Responses and Objections to ERISA Plaintiffs' First Requests for Admissions (8/20/07) | | 402, 403 |
| PX0106 | Mark Swartz's Responses and Objections to Tyco's First Sets of Contention Interrogatories and Requests for Admission (8/31/07) | | 402, 403 |
| PX0107 | Tyco International Ltd. and Tyco International (US) Inc.'s Statement of Undisputed Facts (7/9/10) | | 402, 403, 802 |
| PX0108 | Defendant Mark Swartz's Response to the Statement of Undisputed Facts of Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. and Statement of Additional Facts in Dispute (9/3/10) | | 402, 403 |
| PX0109 | Complaint in the *SEC vs. L. Dennis Kozlowski, et al. Litigation* (9/11/02) | | 402, 403, 802 |
| PX0110 | Final Judgment as to Defendant Mark H. Swartz in the *SEC vs. L. Dennis Kozlowski, et al*. Litigation (7/16/09) | | 402, 403 |
| PX0111 | Board of Director Meeting Minutes (Group Exhibit) | | |
| PX0112 | Audit Committee Minutes and Background Materials (Group Exhibit) | | |
| PX0113 | Compensation Committee Minutes and Background Materials (Group Exhibit) | | |
| PX0114 | Nomination & Governance Committee Meeting Minutes (Group Exhibit) | | |
| PX0115 | Minutes of Regular Meeting of the Board of Directors (8/1/95) | Kozlowski, Dennis (20070631) 0045 | |
| PX0116 | Interoffice Memorandum from Dennis Kozlowski to Mark Swartz and Patty Prue re: Compensation (9/11/00) | Kozlowski, Dennis (20071030) 0008 | |
| PX0117 | Interoffice Memorandum from Mark Swartz to Files re: Special TyCom Related Bonuses (9/29/00) | Prue, Patricia (20070214) 0028 | |
| PX0118 | Interoffice Memorandum from Kathy McRae to Mark Swartz re: Withholding Taxes on Restricted Stock Vesting of September 30, 2000 (10/5/00) | | |
| PX0119 | Chart re: FLAG Vesting Information for Kozlowski and Swartz | ATYC7352908 | |
| PX0120 | FLAG Vesting | | |
| PX0121 | Interoffice Memorandum from Patty Prue to Mark Swartz re:  Restricted Share: Proceeds (8/14/01) | ATYC-AR0150000093829 | |
| PX0122 | Interoffice Memo from Tammy Cross to Mark Swartz re: Withholding Taxes on Restricted Stock Vesting October 31, 2000 (10/31/00) | Bakie, Tammy (20060817) 0020 | |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0123 | ADT Automotive Inc. Bonus and Relocation Payments Master List (Undated) | Moroze, Brian (20070411) 0004 | |
| PX0124 | Interoffice Memo from Mark Swartz to Files re: Special ADT Automotive related bonuses (12/15/00) | ATYC-01638750 | |
| PX0125 | Letter from Dennis Kozlowski to Mark Swartz Enclosing Bonus and Relocation Payments (11/13/00) | ATYC-23403984 | |
| PX0126 | Fax of 11/1/00 ADT Automotive Bonus Chart (8/23/02) | PE0921D | |
| PX0127 | Letter from Frank Walsh to Mark Swartz re: Subject Invoice for the Investment Banking Services (7/18/01) | Robinson, Michael (20070411) 0009 | |
| PX0128 | Fax from Frank Walsh to Mark Swartz re: BOD Issue (7/25/01) | Walsh, Frank (20061002) 0012 | |
| PX0129 | Tyco International Relocation Program New York City Corporate Headquarters Relocation (9/00/95) | Belnick, Mark (20070910) 0011 | |
| PX0130 | Handwritten Notes to Barb and Brian attaching draft New York City Corporate Headquarters Relocation Program and Loan Agreement | | |
| PX0131 | Tyco International Relocation Program New York City Corporate Headquarters Relocation with attached Promissory Note (9/00/95) | PE1982 | |
| PX0132 | Handwritten Memorandum from Mark Swartz to Dennis Kozlowski re: Approved Relocation Program with Approved Wire Transfer Request Attached (12/19/95) | | |
| PX0133 | Tyco International Ltd. - 1983 Key Employee Corporate Loan Program (12/8/93) | Miller, Barbara (20060719) 0032 | |
| PX0134 | Collection of Wire Transfer Requests and Documents re: KELP (1/25/99 – 9/30/99) | ATYCA-00784628 | |
| PX0135 | Chart re: Key Employee Loan Program Mark Swartz, 10/1/97 – 7/31/02 | | |
| PX0136 | Spreadsheet re: Mark Swartz KEL Activity | PE5101 | |
| PX0137 | Interoffice Memorandum from Kathy McRae to Mark Swartz re: October 18, 1999 Restricted Stock Vesting/Share: Equivalent (12/14/99) | ATYC-23413098 ATYC-23413099 ATYC-23409989 | |
| PX0138 | Interoffice Memorandum from Michael Robinson to Patty Prue re: LDK & MHS Stock Option Exercises (8/5/99) | Robinson, Michael (20070411) 0013 | |
| PX0139 | File Collection re: Swartz, Mark of various Restricted Share Reports and Stock Ownership (Various Dates) | | |
| PX0140 | Spreadsheet re: Restricted Stock Ownership for Mark H. Swartz (8/1/02) | PE0126 | |
| PX0141 | Interoffice Memorandum from Antonella Franzen to Distribution re: Investor Relations Update for March 2012 (4/30/12) | | 402, 403, 802 |
| PX0142 | Listing of Tyco International's Top Institutional (100) Shareholders (3/21/12) | | 402, 403, 802 |
| PX0143 | Tyco Letter from Dennis Kozlowski to Shareholders re: Notice of 2002 Annual General Meeting of Shareholders re: Solicitation of Proxies (1/28/02) | | |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0144 | Graph: Tyco International, Ltd. Stock Prices (January 2002- September 2002) | | 402, 403 |
| PX0145 | Tyco International Ltd. Closing Stock Prices (1/2/02-9/30/02) | | 402, 403 |
| PX0146 | 1997 Director & Officer Questionnaire: (DOQ) (11/30/97) | PX2900A | |
| PX0147 | 1998 Director & Officer Questionnaire: (DOQ) (11/30/98) | ATYC-28220370 – ATYC-28220376 | |
| PX0148 | 1999 Director & Officer Questionnaire: (DOQ) (08/12/99) | ATYC-29902768 – ATYC-29902775 | |
| PX0149 | 2000 Director & Officer Questionnaire: (DOQ) (12/30/99) | | |
| PX0150 | 2000 Director & Officer Questionnaire: (DOQ) (2/11/00) | PE3300B | |
| PX0151 | 2001 Director & Officer Questionnaire: (DOQ) (1/18/01) | ATYC-28220394 – ATYC-28220406 | |
| PX0152 | 2002 Director & Officer Questionnaire: (DOQ) (1/25/02) | PE3500A | |
| PX0153 | Tyco International Form 10-K Signed (9/20/95) | | |
| PX0154 | Tyco International Form 10-K Signed (9/20/96) | | |
| PX0155 | Tyco International Form 10-K Signed (9/29/97) | | |
| PX0156 | Tyco International Form 10-K Signed (12/10/98) | | |
| PX0157 | Tyco International Form 10-K Signed (12/13/99) | | |
| PX0158 | Tyco International Form 10-K Signed (12/21/00) | | |
| PX0159 | Tyco International Form 10-K Signed (12/28/01) | | |
| PX0160 | Tyco International Form 10-K Signed (12/30/02) | | |
| PX0161 | Tyco International Ltd./BER/ Definitive Proxy Statement (2/20/98) | Walsh, Frank (20071003) 0051 | |
| PX0162 | Tyco International Ltd./BER/ Definitive Proxy Statement (9/27/99) | Walsh, Frank (20071003) 0032 | |
| PX0163 | Tyco International Ltd./BER/ Definitive Proxy Statement (3/1/00) | Walsh, Frank (20071003) 0034 | |
| PX0164 | Tyco International Ltd./BER/ Definitive Proxy Statement (1/29/01) | Ashcroft, Michael (20070420) 0013 | |
| PX0165 | Tyco International Ltd./BER/ Form DEF 14A (Proxy Statement (definitive)) (1/29/01) | Sharpless, Donna (20061221) 0004 | |
| PX0166 | Tyco International Ltd./BER/ Definitive Proxy Statement (1/28/02) | Walsh, Frank (20061002) 0023 | |
| PX0167 | Collection of Artwork Photos | PE1401-1403; PE1501-1504; PE1601 | 402, 403 |
| PX0168 | Tyco International Supplemental Executive Retirement Plan (10/1/00) | ATYCF-00015125 – ATYCF-00015144 | |
| PX0169 | Tyco Amended Deferred Compensation Plan (5/03) | Jenkins, John (20061212) 0001 | |
| PX0170 | Tyco International Ltd. Executive Retirement Agreement with Mark H. Swartz (3/1/99) | | |
| PX0171 | Tober Memorandum to Galvani re Independent Investigation August 1999 $38.5 Million Payroll (7/16/02) | DEB1130 | |
| PX0172 | TME Management Corp General Journal Record of "Accrued Bonus" Entries (1999) | PE0607 | |

| Trial Ex. Number | Description | Cross Reference ID Number | Swartz Objection |
|---|---|---|---|
| PX0173 | Memorandum from Richard Bodman to John Fort, Michael Ashcroft and Joshua Berman re Governance Committee Assignment | Bodman, Richard (20071019) 0017 | |
| PX0174 | Summary Financial Exhibits | | |
| PX0175 | Summary of Issues Under Investigation: Mark Swartz | Swartz, Mark (20070920) 0029 | Defendant objects to the admission of document in redacted form |
| PX0176 | Draft Form 8-K for Tyco International Ltd. (9/12/02) | ATYC-29271230 – ATYC-29271251 | |

Dated: October 5, 2012

Respectively submitted,

TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC.

/s/ Mark L. Levine
Fred H. Bartlit, Jr.*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
fred.bartlit@bartlit-beck.com

Mark L. Levine*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
mark.levine@bartlit-beck.com

Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
mbeil@mcguirewoods.com

Charles Wm. McIntyre*
MCGUIREWOODS LLP
2001 K Street, N.W., Suite 400
Washington, DC 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
cmcintyre@mcguirewoods.com

*Admitted pro hac vice

*Counsel for Plaintiffs Tyco International Ltd. and Tyco International (US) Inc.*