**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and<br>TYCO INTERNATIONAL (US) INC.,<br><br>    Plaintiffs,<br><br>        v.<br><br>MARK H. SWARTZ,<br><br>    Defendant. | Civil Action No. 03-cv-2247 (TPG) |

**LIST OF TRANSCRIPT DESIGNATIONS OF PLAINTIFFS
TYCO INTERNATIONAL LTD. AND TYCO INTERNATIONAL (US) INC.
AND OBJECTIONS OF DEFENDANT MARK H. SWARTZ**

Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. (collectively "Tyco") list herein the transcript designations they may offer as part of their case-in-chief (and not solely for impeachment purposes). Tyco reserves the right to modify or supplement this list, as appropriate, including, without limitation, in response to future rulings by the Court and/or evidence offered or presented by Defendant Mark H. Swartz ("Swartz").

**Boies, David – Trial Testimony 3/1/04**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 12798:8 – 12800:15<br>12818:21 – 12819:17<br>12820:6 – 12822:10<br>12873:2 – 12875:1<br>12876:19 – 12877:3 | | 12875:2 – 12876:1 | | |

**Boies, David – Trial Testimony 4/7/05 and 4/11/05**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10174:3 – 10174:14<br>10174:24 – 10174:25<br>10175:2 – 10175:7<br>10180:9 – 10180:25<br>10181:2 – 10181:25<br>10182:6 – 10182:14<br>10182:16<br>10182:19 – 10182:25<br>10183:2 – 10183:12<br>10184:2 – 10184:25<br>10185:2 – 10185:5<br>10185:10 – 10185:25<br>10186:2 – 10186:25<br>10187:2 – 10187:25<br>10188:2 – 10188:21<br>10189:8 – 10189:18<br>10189:24 – 10189:25 | 402; 403:<br>10180:9 – 10180:18<br>10181:21 – 10182:22<br>10243:17 – 10243:23<br>10244:3 – 10244:8<br><br>402; 403;<br>Non-Responsive:<br>10243:6 – 10243:10<br><br>802:<br>10211:6 – 10211:13<br>10212:2 – 10212:20 | 10248:8 – 10250:7 | | 10250:8 – 10250:10 |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10190:2 – 10190:5<br>10190:13 – 10190:17<br>10190:24 – 10190:25<br>10191:2 – 10191:25<br>10192:2 – 10192:11<br>10192:17 – 10192:25<br>10193:2 – 10193:25<br>10194:2 – 10194:24<br>10197:20 – 10197:25<br>10198:2<br>10198:25<br>10199:2 – 10199:19<br>10200:22 – 10200:25<br>10201:2 – 10201:25<br>10202:2 – 10202:18<br>10203:2 – 10203:25<br>10204:2 – 10204:9<br>10205:3 – 10205:21<br>10207:7 – 10207:10<br>10207:14<br>10207:21 – 10207:25<br>10208:2 – 10208:25<br>10209:2 – 10209:5<br>10209:10 – 10209:25<br>10210:2 – 10210:13<br>10211:6 – 10211:13<br>10212:2 – 10212:20<br>10213:21 – 10213:25<br>10214:2 – 10214:25<br>10215:2 – 10215:24<br>10217:23 – 10217:25<br>10218:2 – 10218:25 | | | | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10219:2 – 10219:25<br>10220:2 – 10220:4<br>10221:2 – 10221:25<br>10222:2 – 10222:21<br>10223:7 – 10223:25<br>10224:2 – 10224:25<br>10225:2<br>10225:6 – 10225:25<br>10226:2 – 10226:23<br>10227:2<br>10227:4<br>10227:7 – 10227:25<br>10228:2 – 10228:19<br>10230:23 – 10230:25<br>10231:2 – 10231:25<br>10232:2 – 10232:12<br>10232:18 – 10232:19<br>10232:21 – 10232:25<br>10233:2 – 10233:15<br>10234:4 – 10234:14<br>10235:4 – 10235:25<br>10236:2 – 10236:25<br>10237:2 – 10237:25<br>10238:2 – 10238:25<br>10239:2 – 10239:25<br>10240:2 – 10240:25<br>10241:2 – 10241:5<br>10242:24 – 10242:25<br>10243:2 – 10243:13<br>10243:17 – 10243:23<br>10244:3 – 10244:8<br>10244:15 – 10244:25 | | | | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10245:5 – 10245:8<br>10245:13 – 10245:25<br>10246:2 – 10246:11<br>10247:2 – 10247:25<br>10248:2 – 10248:7<br>10511:9 – 10511:25<br>10512:2 – 10512:25<br>10513:2 – 10513:25<br>10514:2 – 10514:5 | | | | |

**Boies, David – Deposition Testimony 11/13/07**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 9:6 – 9:12<br>12:17 – 12:25<br>13:2 – 13:4<br>13:22 – 13:25<br>14:2 – 14:24<br>143:9 – 143:25<br>144:2 – 4<br>145:10 – 145:25<br>146:2 – 146:25<br>147:2 – 147:12<br>147:15 – 147:25<br>148:2 – 148:8<br>160:11 – 160:25<br>161:2 – 161:25<br>162:2 – 162:25 | 602; Non-Responsive; Personal Knowledge: 192:16 – 192:21 | 391:25 – 392:10 | | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 163:2 – 163:25<br>164:2 – 164:25<br>165:2 – 165:18<br>165:20 – 165:25<br>166:2 – 166:25<br>167:2 – 167:16<br>170:22 – 170:25<br>171:2 – 171:25<br>172:2 – 172:25<br>173:2 – 173:25<br>174:2 – 174:10<br>174:18 – 174:25<br>175:2 – 175:25<br>176:2 – 176:25<br>177:2 – 177:16<br>178:23 – 178:25<br>179:2 – 179:25<br>180:2 – 180:25<br>181:2 – 181:19<br>182:3 – 182:25<br>183:2 – 183:25<br>184:2 – 184:23<br>185:2 – 185:10<br>187:16 – 187:25<br>188:2 – 188:25<br>189:2 – 189:8<br>191:25<br>192:2 – 192:21<br>391:12 – 391:24<br>393:21 – 393:25<br>394:2 – 394:11 | | | | |

**Fort, John – Trial Testimony 10/9/03**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 444:17 – 444:25<br>449:11 – 449:17<br>450:15 – 450:22<br>564:23 – 565:12<br>567:1 – 567:8<br>567:17 – 568:24<br>570:11 – 570:19<br>577:19 – 578:14 | 402; 802:<br>577:19 – 578:14 | 569:6 – 569:17 | | |

**Fort, John – Trial Testimony 1/31/05**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 1731:24 – 1732:2<br>1732:16 – 1733:14<br>1734:17 – 1735:21<br>1853:24 – 1854:20<br>1857:3 – 1858:25<br>1860:2 – 1860:15<br>1865:19 – 1866:7<br>1867:10 – 1868:3<br>1868:9 – 1868:20<br>1868:25 – 1869:2<br>1879:14 – 1880:7<br>1880:22 – 1882:2<br>1882:7 – 1884:7<br>1885:1 – 1885:4 | 402; 802;<br>Stricken by Court:<br>1868:19 – 1868:20<br>1881:18 – 1885:4 | 1891:5 – 1894:8 | 402: 403<br>1894:5 – 1894:8 | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 1890:2 – 1890:14<br>1893:9 – 1894:4<br>1894:13 – 1900:2<br>1900:5 – 1903:17<br>1903:21 – 1904:23<br>2303:10 – 2303:18<br>2303:23 – 2304:5 | | | | |

**Fort, John – Deposition Testimony 3/11/08 and 3/13/08**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10:23 – 10:25 (beginning at "At")<br>11:2 – 11:5<br>15:16 – 15:22<br>164:11 – 164:16<br>164:18<br>168:9 – 168:25<br>169:2 – 169:4<br>170:12 – 170:16<br>171:4 – 171:25<br>172:2 – 172:17<br>174:9 – 174:14<br>178:7 – 178:24<br>190:25<br>191:2 – 191:24<br>192:2 – 192:5<br>192:19 – 192:21 | | | | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 192:23 – 192:25<br>193:2<br>195:5 – 195:17<br>245:8 – 245:15<br>251:3 – 251:25<br>252:2 – 252:25<br>253:2 – 253:25<br>254:2 – 254:7<br>981:16 – 981:25<br>982:2 – 982:25<br>983:2 – 983:23<br>984:3 – 984:14 | | | | |

**Foss, Stephen – Trial Testimony 2/28/05**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 5007:23 – 5008:3<br>5016:6 – 5016:23<br>5017:6 – 5017:9<br>5091:25 – 5093:5<br>5096:13 – 5097:22<br>5098:4 – 5098:11<br>5098:25 – 5099:10<br>5100:3 – 5100:14<br>5101:2 – 5101:10<br>5107:3 – 5112:12 | | 5097:23 – 5097:25<br>5101:2 – 5101:10 | | |

9

**Foss, Stephen – Deposition Testimony 5/9/07 – 5/11/07**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 10:21 – 10:25<br>218:6 – 219:4<br>219:7 – 219:23<br>221:18 – 222:8<br>550:11 – 551:25<br>590:9 – 590:22<br>591:12 – 591:15<br>592:1 – 592:11<br>611:20 – 612:19<br>615:15 – 616:15<br>620:11 – 620:24<br>621:1 – 621:24 | | | | |

**Lane, Wendy – Deposition Testimony 8/30/07 – 8/31/07**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 30:15 – 30:17<br>30:21 – 30:22<br>49:22 – 49:24<br>254:14 – 256:1<br>260:1 – 260:8<br>260:19 – 260:20<br>260:22 – 264:7<br>265:9 – 265:19<br>266:21 – 267:17<br>270:23 – 271:7 | 402:<br>650:13 – 650:17<br>650:22 – 651:10 | 625:24 – 626:4 | | |

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 279:25 – 281:9<br>303:11 – 303:25<br>304:3 – 304:16<br>623:13 (start at "At") – 625:23<br>626:12 (start at "Were") – 626:23<br>627:15 – 628:14<br>650:13 – 650:17<br>650:22 – 651:10 | | | | |

**Pasman, James –Trial Testimony 3/21/05**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 7541:11 – 7541:13<br>7592:18 – 7592:25<br>7593:2 – 7593:8<br>7594:20 – 7594:25<br>7595:2 – 7595:11<br>7602:15 – 7602:25<br>7603:2 – 7603:25<br>7604:2 – 7604:24 | | | | |

**Pasman, James – Deposition Testimony 8/31/07**

| Tyco's Designations | Swartz's Objections | Swartz's Counter Designations | Tyco's Objections to Counter Designations | Tyco's Counter/Counter Designations |
|---|---|---|---|---|
| 1047:3 – 1047:7<br>1047:9 – 1047:14 | | | | |

Dated: October 5, 2012

Respectively submitted,

TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC.

 /s/ Mark L. Levine
Fred H. Bartlit, Jr.*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
fred.bartlit@bartlit-beck.com

Mark L. Levine*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
mark.levine@bartlit-beck.com

Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
mbeil@mcguirewoods.com

Charles Wm. McIntyre*
MCGUIREWOODS LLP
2001 K Street, N.W., Suite 400
Washington, DC 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
cmcintyre@mcguirewoods.com

*Admitted pro hac vice

*Counsel for Plaintiffs Tyco International Ltd. and Tyco International (US, Inc.*