USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Oct 15 2012

RECEIVED
OCT 15 2012
CHAMBERS OF
JUDGE GRIESA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

Plaintiffs,

v.

MARK H. SWARTZ,

Defendant.

Civil Action No. 03-cv-2247 (TPG)

## JOINT STIPULATION ON EXHIBITS

Plaintiffs Tyco International Ltd. and Tyco International (U.S.) Inc. and Defendant Mark H. Swartz file this Joint Stipulation On Exhibits and state as follows:

Mr. Swartz stipulates that he will not object to the admission of the following exhibits at trial, on the ground that a witness is required to sponsor them or any other ground, and withdraws his objections to the admissibility of these exhibits:

- PX1 (6/2/05 Jury Verdict Sheet);

- PX3 (6/2/05 Jury Charge Transcript);

- PX4 (9/19/05 Sentencing Transcript);

- PX7 (1/18/05 Amended Indictment);

- PX12 (*People v. Kozlowski and Swartz*, 846 N.Y.S.2d 44 (App. Div. 2007)); and

- PX13 (*People v. Kozlowski and Swartz*, 11 N.Y.3d 223 (2008)).

Fred H. Bartlit, Jr.*
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202
Telephone:     (303) 592-3165
Facsimile:     (303) 592-3140

Mark Levine*
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:     (312) 494-4454
Facsimile      (312) 494-4440

Marshall Beil
McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone:     (212) 548-2100
Facsimile:     (212) 548-2150

Charles Wm. McIntyre*
McGuireWoods LLP
2001 K. Street N.W., Suite 400
Washington, D.C. 20006-1040
Telephone:     (202) 85701700
Facsimile:     (202) 857-1737

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Tyco International Ltd.
and Tyco International (US) Inc.*

Michael J. Grudberg
James A. Mitchell
Stillman & Friedman, P.C.
425 Park Avenue
New York, New York 10022
Telephone:     (212) 223-0200
Facsimile:     (212) 223-1942

*Attorneys for Defendant Mark H. Swartz*

10/18/12

2