IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and<br>TYCO INTERNATIONAL (US) INC.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>MARK SWARTZ,<br><br>　　　　Defendant. | Civil Action No. 03-cv-2247 (TPG) |

**TYCO'S NOTICE OF MOTION FOR INTEREST ON ITS CONVERSION CLAIM**

　　　　Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. (collectively "Tyco"), by counsel, respectfully move this Court to enter an order awarding interest in the amount of $19,910,070 on Tyco's claim for conversion (Count VIII). The grounds for this motion are set forth in the accompanying memorandum of law.

October 23, 2012

Respectfully submitted,

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.

/s/ Mark L. Levine
Fred H. Bartlit, Jr.*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone:　　(303) 592-3100
Facsimile:　　(303) 592-3140
fred.bartlit@bartlit-beck.com

Mark L. Levine*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:　　(312) 494-4400
Facsimile:　　(312) 494-4440
mark.levine@bartlit-beck.com

Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Telephone:      (212) 548-2100
Facsimile:      (212) 548-2150
mbeil@mcguirewoods.com

Charles Wm. McIntyre*
MCGUIREWOODS LLP
2001 K. Street N.W., Suite 400
Washington, D.C.  20006-1040
Telephone:      (202) 857-1700
Facsimile:      (202) 857-1737
cmcintyre@mcguirewoods.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Tyco International Ltd. and Tyco International (US) Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 23rd day of October, 2012, I electronically filed the foregoing Tyco's Notice of Motion for Interest on Its Conversion Claim with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Michael J. Grudberg
    STILLMAN & FRIEDMAN P.C.
    425 Park Avenue
    New York, NY  10022
    (212) 223-0200
    mgrudberg@stillmanfriedman.com

    *Counsel for Defendant Mark H. Swartz*


                           /s/ Mark L. Levine
                           By Counsel