# Exhibit A

CAGNTYC1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

TYCO INTERNATIONAL, LTD.,

                Plaintiff,

        v.                              03 Civ. 2247 (TPG)

MARK SWARTZ,

                Defendant.
------------------------------x
                                         New York, N.Y.
                                         October 16, 2012
                                         10:55 a.m.
Before:

                HON. THOMAS P. GRIESA,

                                         District Judge

                      APPEARANCES

BARTLIT BECK HERMAN PALENCHAR & SCOTT
        Attorneys for Plaintiff
BY:  FRED BARTLIT
     MARK LEVINE
     ABBY MOLLEN
        and
McGUIRE WOODS
        Attorneys for Plaintiff
BY:  CHARLES McINTYRE

STILLMAN FRIEDMAN & SHECHTMAN, P.C.
        Attorneys for Defendant
BY:  MICHAEL GRUDBERG
     JAMES MITCHELL
```

1    $12.5 million on the W-2 form?

2    A.  Not to my recollection.  My recollection is he said it was

3    a mistake.  I do not remember a discussion of what the nature

4    of that mistake was.

5    Q.  What did you suggest be done?

6    A.  I said I thought it had to be paid back promptly.

7    Q.  With or without interest?

8    A.  With interest.

9    Q.  And what did Mr. Swartz say in response?

10   A.  He agreed he would do that.

11   Q.  Did Mr. Swartz at any time during this conversation suggest

12   that he could file an amended W-2 form or tax return to fix the

13   mistake?

14   A.  Not to my recollection.

15   Q.  After you talked to Mr. Swartz, did you at that same day,

16   July 17, speak to anyone else at Tyco about the subject of the

17   loan forgiveness and bonus?

18   A.  Yes.

19   Q.  Who was that?

20   A.  Mr. Jeff Fort.

21   Q.  You said earlier that Jeff Fort was a director in the

22   summer of 2002.  Between the time that Mr. Kozlowski resigned

23   on June 3 and Mr. Breen came in on July 25, during that month

24   and a half, did Mr. Fort have another role as well?

25   A.  Yes.

1  Q.  What was his extra role, besides being a director?
2  A.  He was the interim chief executive officer.
3  Q.  And where is it that you met with Mr. Fort on July 17?
4  A.  In Mr. Fort's personal office at the Tyco suite of offices.
5  Q.  And when was that meeting with Mr. Fort compared to when
6  you met with Mr. Swartz?  In other words, was it shortly
7  thereafter?
8  A.  Very shortly thereafter.
9  Q.  Did you --
10 A.  I went from my meeting with Mr. Swartz into Jeff Fort's
11 office.
12 Q.  Did you tell Mr. Fort about the $12.5 million bonus and
13 loan balance reduction to Mr. Swartz?
14 A.  Yes.
15 Q.  What was Mr. Fort's reaction?
16 A.  He asked me what I thought should be done.  I said that I
17 had told Mr. Swartz that I thought the money needed to be
18 repaid promptly.
19         He asked me whether Mr. Swartz had agreed to repay the
20 money.  I said that he had.  And shortly thereafter he called
21 Mr. Swartz into his office to confirm that Mr. Swartz was, in
22 fact, going to repay the money.
23 Q.  And what did Mr. Fort say to Mr. Swartz?
24 A.  He said that I had explained that there had been this
25 transaction and that I had told him that, as I had told

1    Mr. Swartz -- I'm sorry that I told Mr. Fort that Mr. Swartz
2    was going to repay the amount and was that true, and Mr. Swartz
3    said it was true.
4    Q.  Do you understand that Mr. Swartz subsequently did repay
5    the $12.5 million plus interest?
6    A.  Yes.
7    Q.  So let's leave July 17 --
8            THE COURT:  Obviously Kozlowski is gone, so you can't
9    see him, but was there any discussion on the Kozlowski $25
10   million?
11           THE WITNESS:  Yes, your Honor, there was.
12           And I think not at this particular point in time but
13   thereafter, and we did seek to recover that money from
14   Mr. Kozlowski as well.  He had already gone, but we were in
15   contact with his lawyers.  We made no progress with
16   Mr. Kozlowski and ultimately sued him for it.
17   Q.  Now, moving about a week, actually eight days later, on
18   July 25, did Tyco bring in a new chief executive officer?
19   A.  Yes.
20   Q.  Who was that?
21   A.  Mr. Ed Breen.
22   Q.  After Mr. Breen became CEO was any decision made about
23   whether to keep Mr. Swartz as the chief financial officer?
24   A.  Yes.
25   Q.  What was that decision?

```
     CAH5TYC1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    TYCO INTERNATIONAL, LTD.,

4                 Plaintiff,

5            v.                                  03 Civ. 2247 (TPG)

6    MARK SWARTZ,

7                 Defendant.

8    ------------------------------x

9                                                New York, N.Y.
                                                 October 17, 2012
10                                               10:50 a.m.

11   Before:

12                      HON. THOMAS P. GRIESA,

13                                               District Judge

14                           APPEARANCES

15   BARTLIT BECK HERMAN PALENCHAR & SCOTT
          Attorneys for Plaintiff
16   BY:  FRED BARTLIT
          MARK LEVINE
17        ABBY MOLLEN
             and
18   McGUIRE WOODS
          Attorneys for Plaintiff
19   BY:  CHARLES McINTYRE

20   STILLMAN FRIEDMAN & SHECHTMAN, P.C.
          Attorneys for Defendant
21   BY:  MICHAEL GRUDBERG
          JAMES MITCHELL
22

23

24

25
```

1  repay the amount to the company with interest as if the loan
2  had never been forgiven.
3  Q.  Would you remind us the year of the journal entry that had
4  recorded the loan credit?
5  A.  1999.
6  Q.  What else did you say to each other?
7  A.  I told him that it was a mistake.  I told him that it was
8  not on my W-2, he was correct.  And while it was hard for me to
9  go ahead and repay it, if he thought that was best solution for
10 me and the company, I would go ahead and do that.
11 Q.  Did he say it was only about twelve and a half million, or
12 did he mention that they had found entries related to other
13 amounts?
14 A.  There were two other amounts, and I believe the total was
15 $38.5 million.
16 Q.  We don't need to mention the name of the one-million-dollar
17 person, but the $25 million man was Dennis Kozlowski, is that
18 correct?
19 A.  That's correct.
20 Q.  What happened next, Mr. Swartz?
21 A.  Mr. Boies and I went over to John Fort's office and
22 recounted the conversation to him, and I told Mr. Fort that I
23 was going to go ahead and repay the loan with interest.  And
24 then I went ahead and repaid the loan.
25 Q.  Somebody calculated the interest from 1999?

1  A.  Yes, based on the key employee loan rate.

2  Q.  When did you repay it?

3  A.  I believe it was that month, shortly after the meeting on

4  July 17.

5  Q.  Now, after that July 17 meeting, you remained Tyco's CFO?

6  A.  That's correct.

7  Q.  Ultimately there came a time when you signed an agreement

8  to resign your position on the board of directors, correct?

9  A.  That's correct.

10 Q.  And agreed that day that you would leave Tyco once a new

11 CFO had been selected.  Do I have that right?

12 A.  That's correct.

13 Q.  What was the date of the agreement that you signed?

14 A.  August 1.

15 Q.  For the moment, I would like to focus you, Mr. Swartz, on

16 the period from June 3, 2002, through August 1 when you had

17 those negotiations.  OK?

18 A.  Yes.

19 Q.  During that period of time, did your responsibilities as

20 CFO during the period from the commencement of the expanded

21 Boies investigation to the date that you sad down with the

22 Boies lawyers as negotiators, did your responsibilities as CFO

23 change in any way?

24 A.  They increased significantly during that time period.

25 Q.  Could you tell me what you mean by that.

Cahntyc2                          Swartz - cross

1    the $12.5 million, right?
2    A.   Correct.
3    Q.   And you paid that back to Tyco with interest?
4    A.   Yes.
5    Q.   And you were ordered by the Court to pay back another
6    amount of money, I think it was $37.7 million, correct?
7    A.   If that's the right amount, yes.
8    Q.   That's the criminal court?
9    A.   Correct.
10   Q.   In the New York State court system?
11   A.   Yes.
12   Q.   Did you pay interest to Tyco on that money?
13   A.   I did not.
14   Q.   The next topic, you just testified about this ERA executive
15   retirement agreement that has grown from 25 million to 50
16   million?
17   A.   Yes.
18   Q.   Now, you also said you had not filed a claim immediately
19   after August 14, 2002, is that right?
20   A.   That is correct.
21   Q.   In fact, recently, in this past year, is when you filed the
22   lawsuit against Tyco to seek that ERA, right?
23   A.   That's correct.
24   Q.   That's about ten years later, right?
25   A.   Yes.